**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PATRICIA MCKUSICK,

        Plaintiff,

v.                                              Case No:  6:17-cv-498-Orl-40TBS

NAVIENT SOLUTIONS, LLC,

        Defendant.
_____/

## **ORDER**

This cause is before the Court following review of the Joint Stipulation of Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 33). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the case.

        **DONE AND ORDERED** in Orlando, Florida on September 27, 2017.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties